IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **3 21 cr 55** |
| Plaintiff, | : | |
| | : | **INDICTMENT** THOMAS M. ROSE |
| v. | : | 18 U.S.C. § 2 |
| | | 18 U.S.C. § 371 |
| **MYRTLE LYNN JACKSON, (1)** | : | 18 U.S.C. § 1028A(a)(1) |
| a/k/a "Mi Mi", | | 18 U.S.C. § 1029(a)(1) |
| (COUNTS 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, | : | 18 U.S.C. § 1029(a)(2) |
| 14, 15, 16 & 17) | | 18 U.S.C. § 1029(a)(3) |
| | : | 18 U.S.C. § 1029(a)(5) |
| **JOSHUA DYLAN CHAPMAN, (2)** | | 18 U.S.C. § 1029(b)(2) |
| a/k/a "Jo Jo", | : | 18 U.S.C. § 1708 |
| (COUNTS 1, 2, 3, 4, 5, 6 & 9) | | 42 U.S.C. § 408(a)(7)(B) |
| | : | |
| Defendants. | | |
| | : | |

THE GRAND JURY CHARGES THAT:

## COUNT 1
### [18 U.S.C. §§ 371 and 1029(b)(2)]

Beginning on an exact date unknown but at least by on or about May 28, 2019 and continuing through the date of this indictment, both dates being inclusive, while in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, along with other individuals, both known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree, by and between themselves, to commit certain offenses against the United States, to include: identity fraud in violation of 18 U.S.C. §§ 1028(a)(3), (a)(4), and (a)(7); aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1); access device fraud in violation of 18 U.S.C. §§ 1029(a)(1), (a)(2), (a)(3) and (a)(5); theft of mail in violation of 18 U.S.C. § 1708; and social security fraud in violation of 42 U.S.C. § 408(a)(7) and (9).

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy for the conspirators to engage in a calculated fraud scheme designed to steal personal checks, check books, credit cards, debit cards, credit card account numbers, debit card account numbers, personal identification information (PII), personal bank account numbers, personal bank statements and social security numbers from third party individuals in order to unjustly enrich themselves and enjoy the criminal fruits, proceeds, and benefits of their criminal actions.

## THE MANNER AND MEANS

It was part of the conspiracy that the defendants would employ deceit, craft, trickery and other dishonest means to steal, and illicitly acquire PII to include: personal names, addresses, credit and debit card account numbers, personal checks, checking and other bank account numbers, bank statements, and social security numbers from occupied and unoccupied residences, motor vehicles and mail boxes.

It was further a part of the conspiracy that the defendants would thereafter use said stolen credit cards, debit cards and personal checks to illicitly acquire cash, drugs and other goods and services.

It was further a part of the conspiracy that the defendants would thereafter use the stolen PII to apply for and secure credit cards, debit cards and personal checks issued in third party names. These newly acquired and unauthorized credit cards, debit cards and personal checks would thereafter be used by the defendants to illicitly acquire cash, drugs and other goods and services. acquired from occupied and unoccupied residences, motor vehicles and mailboxes.

It was further an object of the conspiracy for the conspirators to alter, forge and tender for payment and other consideration stolen, counterfeit and unauthorized checks, credit cards, debit cards, access devices, means of identification and identification documents.

2

It was further an object of the conspiracy for the conspirators to use stolen PII to fraudulently apply for unauthorized credit cards, debit cards, personal checks issued in victims' and third-party names, personal loans, student loans and unemployment benefits.

It was further an object of the conspiracy for the conspirators to steal and possess U.S. Mail matter from third parties to include banking, credit card and debit card account information and related documents.

It was further an object of the conspiracy for the conspirators to use criminal proceeds obtained from their fraudulent activities to purchase: illicit drugs, merchandise at various retailers to include Wal-Mart, Dollar General, City Gear, Citi Trends, Kentucky Fried Chicken, Lee's Famous Recipe Chicken, rent for motel rooms, auto insurance policies and engage in gambling activities at a Dayton, Ohio casino.

It was further an object of the conspiracy for the conspirators to conceal, disguise and insulate their respective identities and roles played in carrying out this fraud scheme and artifice from: the actual credit card, debit card and checking account owners, the financial institutions that issued and managed said accounts, law enforcement officials and prosecution authorities.

It was further an object of the conspiracy for the conspirators to otherwise enjoy the criminal fruits, proceeds, and benefits of their fraud scheme.

## **OVERT ACTS**

In furtherance of this conspiracy, and to effect the object thereof, at least one member of the conspiracy committed at least one of the following overt acts while in the Southern District of Ohio:

a.   On or about March 16, 2021, at or near 3636 Linden Avenue, Dayton, Ohio, the defendant **MYRTLE LYNN JACKSON** illicitly possessed PII of "S.S.", "C.T." and "L.R."

b.   On or about May 5, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly applied for a Discover credit card in the name of "T.S." The address used in this

credit card application was 913 Linden Avenue, Dayton, Ohio with an associated email address of HELLYEAUZERO11@gmail.com.

c.  On or about May 7, 2020, the defendant **MYRTLE LYNN JACKSON** illicitly applied for a Macy's credit card in the name of "T.S." The address used in this credit card application was 913 Linden Avenue, #2 Dayton, Ohio with an associated email address of DADDYQUEEN937@gmail.com.

d.  On or about May 12, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly applied for a Citibank credit card in the name of "T.S." The address used in this credit card application was 913 Linden Avenue, Dayton, Ohio with an associated email address of KINGCHAPMAN1177@gmail.com.

e.  On or about May 13, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly applied for a Barclays credit card in the name of "T.S." The address used in this credit card application was 913 Linden Avenue, Dayton, Ohio with an associated email address of KINGCHAPMAN1177@gmail.com.

f.  On or about March 9, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly accessed "C.T.'s" Fifth Third Bank account number XXXX3393 for information.

g.  In or about March 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly changed the listed account address of "C.T.'s" Fifth Third Bank account number XXXX3393 from 1312 Fairmount Avenue, Middletown, Ohio to 913 Linden Avenue, Dayton, Ohio.

h.  On or about June 30, 2020, the defendant **JOSHUA DYLAN CHAPMAN** contacted Fifth Third Bank officials regarding an expected deposit of $7,821.00 from the Federal Pandemic Assistance Fund that was to be deposited into "C.T.'s" said bank account.

i.  On or about June 20, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly changed the listed address of "E.L.'s" Key Bank account ending in XXXX3782 from 940 Steele Avenue, Dayton, Ohio to 913 Linden Avenue, Apartment 2, Dayton, Ohio.

j.  On or about June 24, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly transferred $4,500.00 from "E.L.'s" said Key Bank account to "E.L.'s" checking account.

k.  On or about June 24, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly transferred $4,800.00 from "E.L.'s" Key Bank account to "E.L.'s" checking account.

4

l.   On or about July 29, 2020, the defendant **JOSHUA DYLAN CHAPMAN** illicitly ordered new checks to be issued on "E.L.'s" Key Bank account altering the address appearing on said checks from 940 Steele Avenue, Dayton, ,Ohio to 913 Linden Avenue, Dayton, Ohio.

m.   On or about October 30, 2020, the defendant **JOSHUA DYLAN CHAPMAN** telephoned Fifth Third Bank officials and misidentified himself as "W.D."

n.   On or about October 30, 2020, the defendant **JOSHUA DYLAN CHAPMAN** telephoned Fifth Third Bank officials and misidentified himself as "M.M."

o.   On or about October 30, 2020, the defendant **JOSHUA DYLAN CHAPMAN** telephoned Fifth Third Bank officials and misidentified himself as "C.T."

p.   On or about September 21, 2020, the defendant **MYRTLE LYNN JACKSON** stole a personal letter of "T.B." which had been left in his mailbox located at 1403 Pursell Avenue, Dayton, Ohio which contained a $200.00 tithing check addressed to and made payable to the Living Word Church.

q.   On or about September 21, 2020, the defendant **MYRTLE LYNN JACKSON** altered said stolen check changing the listed payee from "Living Word Church" to "Living Word Church/Myrtle Jackson" and the payment amount from $200 to $2,200.00.

r.   On or about September 21, 2020, the defendant **MYRTLE LYNN JACKSON** endorsed and negotiated said stolen check applying and signing her name "Myrtle Jackson".

s.   On or about October 8, 2020, the defendant **MYRTLE LYNN JACKSON** illicitly submitted a payment to Progressive Insurance Company in the name of "R.F." using a U.S. Bank account held in the name of "L.M." The address used to establish this auto insurance policy was 913 Linden Avenue, Apartment B, Dayton, Ohio. The email address used in this transaction was myrtlelynnjackson@gmail.com.

t.   On or about October 10, 2020, the defendant **MYRTLE LYNN JACKSON** applied for a Genesis credit card in the name of "L.M." The address used in this credit card application was 913 Linden Avenue, Dayton, Ohio.

u.   On or about October 5, 2020, the defendant **MYRTLE LYNN JACKSON** applied for a Macy's credit card in the name of "J.C."

v.  On or about September 18, 2020, the defendant **MYRTLE LYNN JACKSON** applied for a First Premier Bank credit card to be issued in the name of "J.C." A credit card was subsequently issued bearing account number XXXX6119.

All in violation of 18 U.S.C. §§ 371 and 1029(b)(2).

## COUNT 2
### [18 U.S.C. §§ 1029(a)(1) and 2]

Beginning on an exact date unknown but at least by on or about May 28, 2019, and continuing through the date of this indictment, in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, knowingly and with intent to defraud, produced and used one or more counterfeit access device as defined in 18 U.S.C. § 1029(c)(2), and thereby affected interstate commerce. In violation of 18 U.S.C. §§ 1029(a)(1) and 2.

## COUNT 3
### [18 U.S.C. §§ 1029(a)(2) and 2]

Beginning on an exact date unknown but at least by on or about February 12, 2020, and continuing through February 11, 2021, in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, knowingly and with intent to defraud, used one or more unauthorized access device as defined in 18 U.S.C. § 1029(c)(3), andthereby affected interstate commerce.

In violation of 18 U.S.C. §§ 1029(a)(2) and 2.

## COUNT 4
### [18 U.S.C. §§ 1029(a)(3) and 2]

Beginning on an exact date unknown but at least by on or about May 28, 2019, and continuing through the date of this indictment, in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, knowingly and

with intent to defraud, possessed fifteen or more counterfeit and unauthorized access devices as defined in 18 U.S.C. § 1029(c)(2) and (c)(3), and thereby affected interstate commerce.

In violation of 18 U.S.C. §§ 1029(a)(3) and 2.

## COUNT 5
### [18 U.S.C. §§ 1029(a)(5) and 2]

Beginning on an exact date unknown but at least by on or about February 12, 2020 and continuing through February 11, 2021, in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, knowingly and with intent to defraud, effected transactions with unauthorized access devices as defined in 18 U.S.C. § 1029(c)(2) to include personal credit cards and debit cards which were issued to other persons to receive things of value, having an aggregate total value in excess of $1,000, said conduct affecting interstate commerce.

In violation of 18 U.S.C. §§ 1029(a)(5) and 2.

## COUNT 6
### [18 U.S.C. §§ 1028A(a)(1) and 2]

Beginning on an exact date unknown but at least by on or about May 28, 2019, and continuing through the date of this indictment, in the Southern District of Ohio and elsewhere, defendants **MYRTLE LYNN JACKSON** and **JOSHUA DYLAN CHAPMAN**, did, without lawful authority, knowingly possess a means of identification of another person, as defined in 18 U.S.C. § 1028(d)(7), to wit: any name or number that may be used, alone or in conjunction with any other information to identify a specific individual including any name, social security number, a unique electronic identification number, address, routing number or code, telecommunication identifying information or access device of an individual whose full identity is known to the Grand Jury, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), knowing

7

that the means of identification belonged to an actual person, to wit: Access Device Fraud in violation of 18 U.S.C. §§ 1029(a)(1), (a)(2), (a)(3) and (a)(5) as previously alleged in Counts 1 through 5 of this indictment, which is incorporated herein by reference.

In violation of 18 U.S.C. §§ 1028A (a)(1) and 2.

## COUNT 7
## [18 U.S.C. § 1708]

On or about December 15, 2020, in the Southern District of Ohio, the defendant **MYRTLE LYNN JACKSON**, did steal, take and abstract from and out of an authorized post office letter box located at 8500 Frederick Pike, Dayton, Ohio, a package containing a book of newly issued checks from the Fifth Third Bank which was addressed to "S.G." of 8500 Frederick Pike, Dayton, Ohio.

In violation of 18 U.S.C. § 1708.

## COUNT 8
## [18 U.S.C. § 1708]

On or about December 14, 2020, in the Southern District of Ohio, the defendant **MYRTLE LYNN JACKSON**, did steal, take and abstract from and out of an authorized post office letter box located at 5744 Frederick Pike, Dayton, Ohio, a package containing a book of newly issued checks from the Heritage Bank which was addressed to "T.M. and G.M." of 5744 Frederick Pike, Dayton, Ohio.

In violation of 18 U.S.C. § 1708.

## COUNT 9
## [18 U.S.C. § 1708]

On or about September 3, 2020, in the Southern District of Ohio, the defendant **JOSHUA DYLAN CHAPMAN**, did steal, take and abstract a letter containing a $78.18 utility payment

check addressed to the Dayton Power & Light Co. of P.O. Box 740598, Cincinnati, Ohio 45274 which had been left for collection by "T.S." in a letter box which was an authorized depository for mail matter located at 3615 Cleveland Avenue, Dayton, Ohio.

In violation of 18 U.S.C. § 1708.

## COUNT 10
## [18 U.S.C. § 1708]

On or about January 4, 2021, in the Southern District of Ohio, the defendant **MYRTLE LYNN JACKSON**, did steal, take and abstract a letter containing PNC check #736 made payable to the Anesthesiologist Services Network in the amount of $200 addressed to the Anesthesiologist Services Network, Ltd. Of 1 Wyoming St., FL3, Dayton, Ohio 45409 which had been left for collection by "G.L." in a letter box which was an authorized depository for mail matter located at 6741 Trailview Drive, Dayton, Ohio.

In violation of 18 U.S.C. § 1708.

## COUNTS 11-16
## [18 U.S.C. § 1708]

On or about February 27, 2021, in the Southern District of Ohio, the defendant **MYRTLE LYNN JACKSON**, did unlawfully have in her possession the following listed letters addressed to the following individuals each of which had been stolen, taken embezzled and abstracted from letter boxes which were authorized depositories for U.S. mail matter, knowing the said letters to have been stolen, taken and embezzled and abstracted from authorized depositories for mail matter.

| Count | Name | Address |
|---|---|---|
| 11 | "K.S." | 6303 Chambersburg Road, Huber Heights, Ohio |
| 12 | "D.O." | 4423 Pimlico Place, Huber Heights, Ohio |
| 13 | "K.S." | 4423 Pimlico Place, Huber Heights, Ohio |

| 14 | "K.P." | 4530 Pimlico Place, Huber Heights, Ohio |
| 15 | "T.M." | 4867 Chambersburg Road, Huber Heights, Ohio |
| 16 | "J.M." | 4867 Chambersburg Road, Huber Heights, Ohio |

All in violation of 18 U.S.C. § 1708.

## COUNT 17
### [42 U.S.C. § 408(a)(7)(B)]

On or about November 6, 2020, in the Southern District of Ohio, defendant **MYRTLE LYNN JACKSON**, did knowingly and with intent to deceive falsely represent to Officer Timothy Beaver of the Brookville, Ohio Police Department during a traffic stop conducted at or near Salem Street and Albert Road in Brookville, Ohio that her social security account number was XXX-XX-8443, in order to conceal her true identity, when in reality the Commissioner of Social Security had in fact assigned said social security account number to "L.R.", a person whose identity is known to the Grand Jury.

In violation of 42 U.S.C. § 408(a)(7)(B).

A TRUE BILL

//S// SIGNED
_____
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

Dwight K. Keller
_____
DWIGHT K. KELLER
Assistant United States Attorney

10